ESTHER L. FURLONG, Respondent, v. ARTHUR SEQUIN and Others, Defendants, and JOSEPH J. FURLONG, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JAMES PERRONE, Respondent, v. CITY OF DUNKIRK, Defendant, and BOARD OF WATER COMMISSIONERS OF THE CITY OF DUNKIRK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LE ROY C. PITCHER and Another, Respondents, v. JOHN M. SUTTON, Appellant.— Motion to amend order of reversal denied, except as to the fifth conclusion of law, which is struck out, and except also that as to the findings of fact numbered 10, 11, 17, 18, 24, 28 and 29, and conclusions of law numbered first, second, third, fourth and sixth, the order of reversal entered May 10, 1933, is amended so as to state that said order is not to be taken as an affirmance or approval of said findings of fact and conclusions of law, as they have not been passed upon because of our determination that the Statute of Limitations was a bar. [See 238 App. Div. 291; *post*, p. 759.]

DAISY WHITTAKER, Appellant, v. VILLAGE OF FRANKLINVILLE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

COY WHITTAKER, Appellant, v. VILLAGE OF FRANKLINVILLE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

GEORGE M. SMALLEY, Respondent, v. CHARLES B. BENEDICT, Appellant.— Motion for leave to appeal to Court of Appeals denied upon the ground that leave to appeal from the judgment of modification is unnecessary.

In the Matter of the Application of ANDREW H. MILLER for a Determination of Rights, etc., against the TOWN OF IRONDEQUOIT, a Municipal Corporation.— Motion to dismiss appeal denied. (See *Matter of Hammond* v. *City of Fulton*, 220 N. Y. 337, revg. 176 App. Div. 343.)

KATHERINE FRAWLEY, Respondent, v. MARGARET KENNEDY, as Administratrix, etc., of ANDREW KENNEDY, Deceased, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $420.09 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is affirmed, together with the order, without costs of this appeal to either party, on the ground that the finding of the jury to the effect that there was a contract to pay the plaintiff at or after the death of the testator was contrary to and against the weight of the evidence and that the Statute of Limitations applies to all wages accruing before the 11th day of April, 1926. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for affirmance.

MILDRED FOWLER SEARS, Respondent, v. JANET K. FOWLER and Another, as Executrices, etc., of EVERETT FOWLER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

CORNELIA ALBRIGHT, Appellant, v. ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INC., and HARRY SWIFT, Respondents.— Order affirmed, with costs. All concur.